FILED
DEC 1 5 2009
CLERK, U.S. DISTRICT COURT
SOUTHERN DISTRICT OF CALIFORNIA
BY _____ DEPUTY

UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>　　　　　Plaintiff,<br><br>　　v.<br><br>JUAN  CARLOS ABONCE-GUZMAN,<br><br>　　　　　Defendant. | CASE NO. 09CR03924-001-GT<br><br>O R D E R |

　　Pursuant to a written request from the United States Probation Office, the sentencing date presently set for February 2, 2010 is vacated and reset to March 9, 2010 at 9:00 a.m..

　　If the defendant is on bond, defense counsel is to file an acknowledgment of the next court date by the defendant within a week of receipt of this order.

　　DATED: 12-15-09

　　　　　　　　　　　　　　　_____
　　　　　　　　　　　　　　　Gordon Thompson, Jr.
　　　　　　　　　　　　　　　Senior U.S. District Judge

cc: all counsel of record

/xxx